UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SUN BUN YEE, INDIVIDUALLY AND AS      JUDGMENT
PRESIDENT OF 88 AUTO SERVICE     04-CV- 0880 (ERK)
CENTER CORPORATION,

                   Plaintiff,

  -against-

                                      FILED
                              IN CLERK'S OFFICE
EXXONMOBIL OIL CORPORATION,    U.S. DISTRICT COURT E.D.N.Y.
                                  ★   MAY 13, 2005  ★

                   Defendant.
-----------------------------------------------------------------X     P.M. _____
                                                TIME A.M. _____

     An Order of Honorable Edward R. Korman, United States District Judge, having been filed on May 5, 2005, granting defendant's motion to dismiss; it is

     ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that judgment is hereby entered granting defendant's motion to dismiss.

Dated: Brooklyn, New York
       May 05, 2005

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court